AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ROGER LEROY LAKIN JR. | ) | Case No.: 6:25-mj-  **1208** |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___Feb. 1, 2025 - Feb. 26, 2025___ in the county of ___Orange___ in the
___Middle___ District of ___Florida___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Attempted enticement of a minor to engage in sexual activity |

This criminal complaint is based on these facts:

See affidavit

☑ Continued on the attached sheet.

_Complainant's signature_

TFO Jennifer Wing, FBI
_Printed name and title_

Sworn to before me over video conference and
signed by me pursuant to Fed.R.Crim. P. 4.1 and 4(d)

Date: ___2/27/2025___

City and state: ___Orlando, FL___

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) |
| A Blue Apple iPhone with a black case currently located at FBI Orlando Resident Agency, 480 South Keller Road, Orlando, Florida 32810. | ) |

Case No. 6:25-mj- **1209**

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See attachment A

located in the _____ **Middle** _____ District of _____ **Florida** _____, there is now concealed *(identify the person or describe the property to be seized):*

See attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
| 18 U.S.C. § 2422(b) | Attempted enticement of a minor to engage in sexual activity |

The application is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

TFO Jennifer Wing, FBI
*Printed name and title*

Sworn to before me via video conference/Zoom and signed by me pursuant to Fed.R.Crim. P. 4.1 and 41(d)(3).

Date: **2/27/2025**

City and state: _____ **Orlando, FL** _____

_____
DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

**STATE OF FLORIDA**                          **CASE NO. 6:25-mj-** 1208, 1209

**COUNTY OF ORANGE**

## MASTER AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND APPLICATION UNDER RULE 41 FOR A WARRANT TO SEARCH AND SEIZE

I, Jennifer Wing, after being duly sworn, depose and state:

1.      I am a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI) and have been since July 2021. Furthermore, I am a Detective with the Orlando Police Department and have approximately 11 years of law enforcement experience. I have two degrees in Criminal Justice, a Bachelor of Science and a Master of Science, with a certificate in Criminal Profiling. I am a graduate of the TECO Criminal Justice Academy, where I completed a 770-hour Law Enforcement Academy. I have completed advanced training in the following courses: Interviews and Interrogations, Sex Crimes Investigations, Advanced Human Trafficking Investigations, Crisis Response in Child Abuse/Victim Assault Cases, Advanced Interviewing, Universal Interviewing Tactics for Patrol Officers, Detecting Truthfulness, Forensic Interviewing, Internet Crimes Against Children (ICAC) Investigation of Cybertips, Offenders of Children and Child Sexual Abuse Imagery, Under Cover Chats and Techniques (40 hour course), BitTorrent Investigations (40 hour course), Emule Investigations (24 hour course), Analysis of Child

Exploitation Material using Project VIC and Griffeye Analyze DI (16 hour course), ICAC Program Overview, and A Walk Through of ICAC Standards.

2. In my capacity as an Orlando Police Officer, I have been involved in investigations related to drugs, thefts, economic crimes, burglaries, batteries, robberies, homicides, adult and child sex crimes, and child abuse investigations. I was a Property Detective, where I was assigned a large case load in the busiest sector of the city. I have written multiple arrest warrants and search warrants pertaining to property related crimes. In 2020, I was assigned to the Special Victims Unit, where I investigated or assisted in investigating Sexual Battery, Lewd or Lascivious Battery and Molestation, Kidnapping, Homicide, and Child Abuse cases.

3. I am a current member of the Internet Crimes Against Children Central Florida Task Force (ICAC) where I have investigated over 800 sexually related or internet-based crimes. I have written multiple arrest and search warrants pertaining to sexually related or internet-based crimes. These search warrants have yielded lawful arrests and investigations. As a member of the ICAC Task Force, I have had the opportunity to consult with numerous experts at the local, state, and national levels in the area of child pornography, internet child solicitation, and computer forensics. On a daily basis, members of the ICAC task force work as a team and share their expertise on various topics.

4.    I have been dually sworn as a Special Deputy United States Marshal and assigned to the Violent Crimes Against Children (VCAC) FBI Task Force since 2021. I have participated in investigations involving sex crimes, child exploitation, child pornography, human trafficking, and computer crimes, among other things. I have also investigated and assisted in the investigations of possession, receipt, distribution, and production of child pornography. During the course of my training and investigations, I have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media.

5.    This affidavit is submitted in support of a criminal complaint against ROGER LAKIN JR (LAKIN JR) for a violation of 18 U.S.C. § 2422(b). This affidavit is also submitted in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search the Blue Apple iPhone with a black case (the "DEVICE"), located in the FBI's possession at 480 South Keller Road, Orlando, Florida 32810, further described in Attachment A, for the things described in Attachment B.

6.    As set forth in more detail below, I believe there is probable cause that LAKIN JR, using facilities and means of interstate commerce, that is, the Internet and a cell phone, did knowingly attempt to persuade, induce, and entice

an individual whom he believed had not attained the age of 18 years, to engage in sexual activity for which he could have been charged with lewd or lascivious battery (engage in sexual activity with a person 12 years of age or older but less than 16 years of age), in violation of Fla. Stat. § 800.04(4)(a)(1) & (2), all in violation of 18 U.S.C. § 2422(b).

7.     I make this affidavit from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from law enforcement officers, information from agency reports, and review of documents provided to me by these witnesses and law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint and search warrant, I have not set forth each and every fact learned during the course of this investigation. For example, because of the high number of text messages exchanged between LAKIN JR, the OCE (a notional 40-year-old mother), and the notional minor (13-year-old daughter) during the course of the investigation, I have included just selected portions of the text message exchanges sufficient to establish probable cause.

8.     Title 18, United States Code, Section 2422(b) prohibits a person from using the mail or any facility or means of interstate or foreign commerce to knowingly attempt to persuade, induce, entice, or coerce an individual who

has not attained the age of 18 years, to engage in prostitution or sexual activity for which any person can be charged with a criminal offense.

## INVESTIGATION

### Initial Contact and Conversations

9.    On or about July 2024, an FBI Online Covert Employee (OCE) created a profile on a social media platform called "Boo." The profile says "Isabella" and lists the age of 23. The profile included two photographs of a law enforcement decoy, when the decoy was approximately 13 years old. On February 1, 2025, Boo user "Roger," age 35, messaged the OCE at approximately 21:00, "HI I'm Roger I'm also in clermont and wanted to see if you was interested in a chat well hit back on tele rogerlakin89 or on IG rogerlakinjr or ok kik rogerlakin". The OCE's Boo account replied with the address of her Kik profile On February 1, 2025, at approximately 1340 hours, a Kik message was sent to the OCE from "rogerlakin" saying "Hey it's Roger".

10.    A search of the "rogerlakin" Kik profile showed a photograph of LAKIN JR and a background image which showed "My profile name is my phone number so if you are interested in meeting me hit me up 352-396-9345". A search of investigative resources revealed that the phone number belongs to LAKIN JR.

11.    The OCE asked LAKIN JR if he is into "taboo stuff". LAKIN JR replied. "You aren't going to scare me I am very open minded and honest I'm really interested in you". The OCE replied "Well I'll be honest then. I'm actually here for my daughter Jena to learn. She doesn't have a dad he's a loser so…Im 40 and she's 13…If ur not into that it's ok". LAKIN JR replied, "Ok that's cool to me I'm interested".

12.    LAKIN JR told the OCE "Well like I said I'm open minded I don't judge nobody is perfect…So just let me know what you are thinking…So like I said I'm interested and I can follow rules very well". The OCE replied, "I have a lot to lose here so I'm always nervous." LAKIN JR told the OCE "Your ok I'm not gonna tell anyone…Anything that we talk about will stay between us…So do you want to tell me what you are thinking or what you expect".  The OCE replied, "U dont seem like a bad guy of course but I dont know u yet. I have a lot to lose so I'm just trying to figure out if u have experience with this before so I know ur serious".

13.    LAKIN JR asked the OCE "Yes so do you have a picture that you can send me I will share my pictures first and let me know if you are still interested". The OCE replied with an image of a law enforcement decoy, when she was approximately 13 years old and "Heres Jena…I saw ur picture u sent already. U seem perfect". LAKIN JR sent the OCE two photographs and one

video: the first photograph showed an adult male's erect penis; the second photograph showed an adult white male with tattoos on top of both sides of his chest and above his belly button in a mirror; and the video was approximately five seconds long and showed an adult male sitting down with his erect penis moving up and down.

14.     LAKIN JR replied to the OCE "I'm cool to share with you can send me anything thing of you want to share with me I'm here for a good time are you interested still...So I guess if you are just let me know and I can let you know how much I charge per hour or I can do a deal if you what's to days and nights...Are you still there". LAKIN JR also told the OCE "Well I sure if you are wanting my cock for something that is fine whatever it is but if you want it no charge then I will need to see multiple pictures of the pussy and full body pictures for me to be ok with not charging you but I have to see everything before I can agree to or not".

15.     The OCE replied to LAKIN JR "I dont think we are on the same page. This isn't for me it's for Jena she's 13 my daughter. I'm not into men. If ur not into this it's ok... Im not paying for this. Or sending any naked photos of her since that's illegal...Im trying to get to know ya and u get to know Jena". The OCE told LAKIN JR "Im guessing ur not interested. That's Ok".

16.    LAKIN JR replied to the decoy saying that he was interested in being the 13-year-old notional child's friend for the next 5 years "before I can do anything with her…" and asked for a picture of the OCE. The OCE replied "This isn't for 5 years from now. Sorry. And again I'm not interested in men. Women only. I'm only here to make sure my daughter is safe". LAKIN JR agreed to be the notional 13-year-old child's friend and the OCE asked LAKIN JR how the OCE should introduce LAKIN JR to her 13-year-old notional daughter. LAKIN JR requested that he be introduced as OCE's old friend from school. LAKIN JR also asked the OCE if there was anyone that could give the OCE and the 13-year-old notional child a ride to his house.

17.    LAKIN JR requested that the OCE contact him on the application "Telegram". Telegram is a free, cloud-based application for messaging, voice calls, and video calls. Some of Telegram's features include secret chats, self-destructing messages, and file sharing. Telegram utilizes encryption to protect communication, stores data in the cloud to sync account across devices and allows users to control who sees their phone number. The OCE provided her Telegram username.

**Telegram Conversations**

18.     On February 3, 2025, LAKIN JR reached out to the OCE on Telegram from Telegram username "Rogerlakin89". The profile for "Rogerlakin89" on Telegram showed the same adult white male with the chest and stomach tattoos, the date of birth of XX/XX/1989 and phone number 352-396-9345. This is the same phone number seen on LAKIN JR's Kik profile and a review of the Driver and Vehicle Information Database (DAVID) showed LAKIN JR's date of birth as XX/XX/1989.

19.     On February 3, 2025, LAKIN JR attempted to video call via Telegram with the OCE. On February 4, 2025, LAKIN JR attempted to call the OCE at 03:17. The OCE replied "We are sleeping…It's early…I'll call later". LAKIN JR asked if this was the 13-year-old notional child using the OCE's cell phone and asked for a picture of her. The OCE sent LAKIN JR a picture of a law enforcement decoy when she was approximately 13 years old. LAKIN JR attempted to video call the notional child and asked the notional child to let him know when she was by herself. The notional child told LAKIN JR that she was in the hotel room with her mom (the OCE) and that her mom (the OCE) was sleeping. LAKIN JR deleted the Telegram chat between 0745 hours and 0801 hours.

20.    After LAKIN JR deleted the Telegram chat with the notional child, he continued communicating. LAKIN JR replied, "Jena text me" and continued asking the notional 13-year-old child if she had anyway to get around. The notional child replied "Like how would I get around lol I can't drive at 13…" After the notional child told LAKIN JR that her mom would see the chats, LAKIN JR deleted the Telegram chat between 0954 and 0955 hours. LAKIN JR then continued the conversation with the notional child. LAKIN JR and the notional child discussed making a Telegram account and LAKIN JR deleted the Telegram chat again between 0957 hours and 1023 hours. LAKIN JR provided his Telegram username and attempted to call the notional child. At approximately 1509 hours, the notional child reached out to LAKIN JR from the notional child's new Telegram account "JenaP1225".

21.    LAKIN JR continued to communicate via Telegram with the OCE and the notional child in two separate Telegram chats. LAKIN JR showed the OCE how to delete the Telegram chats to assure her that it was safe to communicate on Telegram with him about the notional child.

22.    LAKIN JR asked the notional child to answer his Telegram call so he could see her and talk for a few minutes. When the notional child told LAKIN JR that she was going to ask her mom (the OCE) for permission, LAKIN JR told the notional child not to ask her mom (the OCE) and said he

10

wanted to tell the OCE himself. LAKIN JR attempted to video call and call the notional child. After no answer from the notional child, LAKIN JR deleted the Telegram chat.

23.     LAKIN JR asked the notional child "So what all did your mom tell you about me and be honest" and "I'm a very nice person and I keep secrets very well". LAKIN JR described secrets to the notional child as "Secrets are something that we will have just me and you". LAKIN JR asked the OCE if she liked jewelry and purses and agreed to bring multiple pieces of jewelry (a ring and a necklace with a seahorse charm) and a Coach purse with the matching wallet when he met with the notional child in person.

24.     LAKIN JR told the notional child "…what we talk about is between us ok just know I will tell your mom somethings we talk about but not everything" and "You old enough to make your own decisions about certain things right and like I said I'm going to tell your mom some of the stuff we talked about just there are going to be times when you will say something that you don't want anyone else to now and then that's what are secrets are going to be". LAKIN JR further explained to the notional child "Just remember your mom and I are friends And we are always together when it comes to you ok but that being said we will have things together that she will not need to know about and that is are secrets".

25.    LAKIN JR requested that the notional child take a selfie with her name, age and the date on a piece of paper and send it to him. LAKIN JR also sent a selfie of himself holding a piece of paper with "Roger, Feb 4, 35" (name, date, age). LAKIN JR deleted the Telegram chat between 1653 hours and 1656 hours.

26.    The OCE reached out to LAKIN JR asking if he had been in communication with the notional child. LAKIN JR stated that he had and began telling the OCE that he wanted to give the notional child some gifts and also wanted to give some gifts to the OCE. LAKIN JR agreed to give the OCE some rings, a necklace and some Coach purses. LAKIN JR asked the OCE to let him know when she had time to chat with him "about everything…It's important that we get this talk done sooner than later so that we can be on the same page". LAKIN JR attempted to call the OCE and then continued communicating with the notional child on a separate Telegram chat.

27.    LAKIN JR told the notional child that he spoke to her mom (the OCE). The notional child replied with an image of the law enforcement decoy and a piece of paper which said, "Jena Feb 4 and 13 *heart*". The notional child also said that she would delete the photograph, so that her mom (the OCE) did not see it. LAKIN deleted the Telegram chat between 1747 hours and 1748 hours.

12

28.    LAKIN JR began communicating with the OCE via Telegram and explained how to delete the Telegram chats. LAKIN JR described deleting the chats as their "safe net". LAKIN JR asked the OCE for a picture of her and the OCE declined explaining "my picture doesn't matter. I'm here for Jena…I don't want anything that can tie…to me". LAKIN JR told the OCE "I need to ask you some questions" and "Well how about tell me what you want me to do let's start with that". The OCE replied "It's ok. Like I said I have a lot to lose here and don't want any games or trouble. Nothing to tie back to me. Discretion…This is all for Jena". The OCE also told LAKIN JR "Well yeah Jena doesn't have her dad around bc he's not a good person and did some things to her he shouldn't have. Jena told me later and regardless she misses her dad everyday *broken heart emoji*…Im trying to fill that void for her". The OCE explained that what she was looking for was taboo and that she was not looking for a father figure for Jena. LAKIN JR replied, "Ok so what you asking me to fuck Jena…And your just ok with that".

29.    The OCE replied "Thank god u actually understand me *praying emoji*…Yes" and "I want to make sure she is safe that's all…So she's not out there with weirdos". LAKIN JR asked the OCE "And how do I know that you are not going to get me arrested for this". The OCE replied, "It's not for everyone this lifestyle some people think its wrong. But I lived it my whole life

13

too…Why would I get u arrested? I'm going to jail too if we get caught. She's 13".

30.    LAKIN JR asked the OCE "And she know all of this" and the OCE replied "This is not our first arrangement" and "She loves to learn. She has a lot of questions". LAKIN JR replied, "So when is all this going to happen…Because I can't come to you I have two babies here". The OCE replied "Well I would like to know more things about u and discuss it with Jena. But im thinking really really soon". LAKIN JR requested to get an Uber or Lyft to bring the OCE and notional child to his residence instead of meeting at the OCE's hotel. LAKIN JR deleted the Telegram chats after 2135 hours.

31.    On February 5, 2025, communication continued between both the OCE and LAKIN JR and the notional child and LAKIN JR, respectively. LAKIN JR asked the OCE "Ok so you was saying yesterday something about rules". The OCE replied "Yeah. I love rules…U said u were a rule follower…Keeps everyone safe". LAKIN JR told the OCE "Because I have been trying to think of a way over there but I can't so I was thinking you both Uber over here I can meet you at the Publix near my house and Jena can stay the night with me and in the morning you uber back to the same place and pick her up". The OCE replied "I cant do that. When we have done this in the past,

we have met at a public place…If I think ur cool and u think im cool I'll take you back and introduce you to Jena".

32.     The OCE described the rules to LAKIN JR as "And the rules are. No rough stuff. No bareback. No choking. No picture with her face in it…And when she says enough it all stops". LAKIN JR continued the conversation with the OCE, and later asked the OCE if he could move in with the OCE and the notional child where they live in South Florida. LAKIN JR deleted the Telegram chat after 1722 hours.

33.     LAKIN JR reached out to the notional child and attempted to call the notional child. LAKIN JR asked the notional child for her TikTok username after learning she likes to go on TikTok. LAKIN JR later friend requested the notional child's TikTok account from his TikTok account "@Rogerlakin2". LAKIN JR also messaged the notional child on TikTok to go back to the Telegram chats with him and wanted to know why the notional child was not answering him on Telegram.

34.     LAKIN JR asked the notional child "So can you tell me the things you like and don't like". The notional child replied "I like to have fun. I want it to be like a game, where I have to figure out what is next…I'm really shy… I like gifts and say nice things to me… I don't like hitting or like mean stuff".

LAKIN JR told the notional child that he would never do anything to hurt her and later deleted the Telegram chat between 2105 hours and 2107 hours.

35.    LAKIN JR asked the notional child if she had a boyfriend, and the notional child told him that she did not have a boyfriend and "I like someone who will teach me and not judge me for not really knowing…And being shy… And I hate it when someone is mean and says mean things. Like choking". LAKIN JR replied, "I think I can tell you what you will like".

36.    LAKIN JR told the notional child "Well the hole thing as why I was even on the dating app and sites is to find someone who will come over and just let me hold them in my arms and for them to want me and hold me back and I have not had any like the for a long time now and I have just been struggling in the darkness". The notional child replied "I give good hugs…I think lol…Don't let the darkness get ya. I like u and ur nice to me". LAKIN JR replied "it kinda suck because i really want to see your goddess of a body". The notional child replied, "My mom said to be careful sending pics…I'm trying to be good and listen to her". LAKIN JR replied, "I will never ask for you to send me anything you don't want to send me…Or the other way around as well I will not send you any thing you don't want me to send you…But that being said be careful with what you ask me to send to you because I'm not shy about sending anything". LAKIN JR replied, "So I tried asking your mom to let you

16

come and stay the night over". The notional child told LAKIN JR that her mom (the OCE) will not let her go anywhere without her and "Nothing is up to me lol I'm 13…"

37.    LAKIN JR told the notional child "I was also going to ask her if we as you and I was to really be making love and have sex that one of us is going to get attached… And I'm not gonna lie if that was to happen I would ask the when you of age that you would be my wife". The notional child replied, "U think I'll get attached?...Omg u want me to be ur wife…Of age is a while tho". LAKIN JR replied, "If I'm going to Risk everything to even talk about this yes I would definitely want you to be my forever girl…Stay in the chat please". LAKIN JR asked the notional child where her mom (the OCE) was and asked, "Because I was going to see if you wanted to do something without her finding out". LAKIN JR asked the notional child if she was willing to "try new things" and asked the notional child to be quiet and go to the bathroom. LAKIN JR requested to video chat with the notional child, but the notional child declined. LAKIN JR deleted the Telegram chat between 2221 hours and 2224 hours.

38.    LAKIN JR continued the conversation with the OCE and with the notional child separately. LAKIN JR also sent the notional child a song "Benson Boone-Beautiful Things" and told the notional child "For you to fall

asleep to my lol goddess…Just know I'm always going to be here waiting for you my lil goddess".

39.    On February 6, 2025, LAKIN JR attempted to call and video the OCE and as well the notional child separately. LAKIN JR requested to ask the OCE "a few things".

40.    LAKIN JR told the notional child "Honestly I don't understand why your mom and you don't want to come over and hang out with me sometimes she acts like we aren't friends and I'm not gonna disrespect you or her". The notional child replied "She doesn't like me to go to strangers houses lol…It's not u. She does this for everyone". LAKIN JR provided the name of the street he lives on to the notional child "vista del sol circle Clermont Florida 34711" and asked the notional child "Just look it up and tell me how far you are away".  A search of investigative resources revealed that LAKIN JR resides at XXXXX Vista Del Sol Circle in Clermont, Florida. LAKIN JR also told the notional child "And I love to eat I can eat all night".

41.    On February 7, 2025, the notional child asked LAKIN JR "U said u love to eat and can eat all night. What do u mean". LAKIN JR attempted to call the decoy and video call the decoy. LAKIN JR replied, "You know what I'm talking about". LAKIN JR told the notional child that if she wanted to see

him she would find a way. The notional child replied "Howwww…I don't drive til I'm 15."

42.    After no reply from the notional child from 1755 hours to 1800 hours, LAKIN JR replied "So I guess it was real nice to meet you sorry it didn't work out I hope you have a great time a megacon so I guess this is bye". At 1830 hours, the notional child replied, "Why bye… Kk I'll tell my mom u don't wanna talk anymore". LAKIN JR replied "I just know if you liked me you know your mom give you anything you want… I understand that you don't like me enough to come over". The notional child replied "I wish I could drive. But I can't. Only 2 more years and I'll be 15 to get my permit then I can do whatever I want".

43.    On February 8, 2025, LAKIN JR attempted to call the notional child and asked for the address of where the notional child and the OCE were staying in Orlando. While communicating with LAKIN JR on Telegram, LAKIN JR's Telegram profile now showed his phone number 352-396-9345, which is the same number seen on his Kik profile. LAKIN JR deleted the Telegram chat between 1457 hours and 1504 hours.

44.    LAKIN JR requested to Facetime with the notional child before agreeing to meet with her in person. LAKIN JR told the notional child "I'm just saying can we FaceTime for a few minutes so that I can see inside the

room that we will be in and I will want to stay the night with you so we can cuddle together". The notional child replied "Do u wanna meet in public or at the hotel? My mom is asking. Sorry". LAKIN JR requested the notional child Facetime him when she returned to the hotel room.

45.    LAKIN JR asked the notional child "So are you cops or do you work with cops I only ask because you have to tell me if you are or if you do work with them". The notional child replied, "Fuck no…Wait are u the cops…U got me scared now". LAKIN JR replied, "Ok good no I'm not".

46.    On February 9, 2025, LAKIN JR deleted the Telegram chat between 0305 hours and 1037 hours. At 1037 hours, LAKIN JR told the notional child that he was coming to Orlando to drop someone off at Megacon and then go back to "his side of town". The notional child told LAKIN JR that she did not believe him that he was in Orlando.

47.    The OCE reached out to LAKIN JR "Haven't heard from u in a few days. Guess u must have changed your mind. That's ok. We are heading back home". The OCE also told LAKIN JR "Ok well just curious if this was ever real or if it was a game. Because I've been telling Jena it's not her fault…Shes been crying". LAKIN JR replied. "If you want to come here and we can talk face to face I will happy to give you the stuff I said I would give you both and to talk". The OCE declined and LAKIN JR told the OCE he would

rather meet at the OCE's house in South Florida instead. LAKIN JR requested to come to the OCE's residence and stay for a few days. The OCE replied "I dont know. I'll think about it. I have to go back to work and Jena school and soccer practice. I'll let u know if Jena is still interested...She hasn't stopped crying".

48.    On February 10, 2025, LAKIN JR messaged the notional child "You there...We need to talk babe". LAKIN JR then reached out to the OCE and asked for "a favor please". LAKIN JR attempted to call the OCE four times and stated, "We need to talk about something before I fuck up my hole life". The OCE replied that she was at work and could not answer her phone. The conversation continued via Telegram. LAKIN JR told the OCE "I want to ask you something". LAKIN JR requested a picture of the OCE and stated that "I have a reason for this...so I can see you are genuine...Please". The OCE replied "I've already told u I am not interested in having my picture out there. The only way to see it is in person. I have so much to lose and don't want anything coming back to me" and "If ur not interested just tell me so we can move on...Either way it's ok just wanna let Jena know".

49.    LAKIN JR replied. "I understand" and asked the OCE if this was "like a role play or if you and her are not the same person". The OCE replied "I told u from the beginning this isn't role play. This isn't a game. This is real

life. You obviously don't get it…Who tf would role play this…This is only for real". LAKIN JR replied, "Then if your being honest with me then I'm going to be honest with you". The OCE replied "If ur role playing this isn't the situation for u. And we can be done. I'll find someone else eventually". The OCE also told LAKIN JR "U havent been honest. U asked me if this was role play. U havent understood from the beginning what lifestyle I live with Jena. I'm kinda sad now thinking we were on the same page but we obviously weren't… If ur looking for role play get back on the internet and find someone else please". LAKIN JR replied to the OCE by saying he has been honest and asked the OCE "If you can find it in your heart to except me as your son-in-law I would like to ask for Jena's hand in marriage".

50.    The OCE replied to the marriage request "I would have to see how Jena feels about u. She hasn't met u and she is already crying for the past day…I would consider it… But only if u truly understand what lifestyle we live." LAKIN JR attempted to call the OCE and replied "…I don't know how your lifestyle works fully but I'm a quick learner and I'm willing to bow…to you as my friend but even more as my future mother and with that being said you have every last bit of my respect and love as if you were my blood". The OCE replied "This is about you and Jena. Not me. If she likes u and wants to continue seeing u then I will consider any other requests".

51.    The OCE asked LAKIN JR "Just need to know ur comfortable with… I've been honest with the rules but I have to know what u are comfortable doing so I can make sure she is ok with it… If ur not into the lifestyle it's ok. This can end now". LAKIN JR replied "…I am with her like me and her have already talked to each other about doing somethings". The OCE replied "Yes. But u also asked me if this is role play so I'm not sure anymore. As a parent I am trying to make sure Jena is ok with everything first…Im not here to hurt her" and "If the details are too much for u we can stop this right now…I don't want to make u uncomfortable…I need to be clear". LAKIN JR deleted the Telegram chat after 1340 hours. At 1553 hours, the notional child replied to LAKIN JR previous Telegram message, explaining that she was at school, swim, and soccer practice. LAKIN JR deleted the Telegram chat with the notional child between 1553 hours and 1608 hours.

52.    At approximately 1608 hours, LAKIN JR messaged the notional child about the conversation he had previously with the OCE about marriage. LAKIN JR asked the notional child "But I asked your mom for your hand in marriage and I will do this properly in the future if you was to say yes but Jena would you be willing to except my heart for yours in exchange will you marry me when the time comes to be and would you like if me and my boys came to

live with you and your mom until that time comes". LAKIN JR deleted the Telegram chat after 1618 hours.

53.     On February 12, 2025, LAKIN JR attempted to call the notional child at 0011 hours, 0503 hours (missed call and missed video call), and 0504 hours. The notional replied that she was sleeping, and LAKIN JR replied, "I was just try to catch you alone". When the notional child said she was not alone and was sleeping in her mom's (the OCE's) bed, LAKIN JR replied "So I guess nvm…then". The OCE replied "Ur funny tho cause im hardly ever alone since im 13…"

## Distribution of Sexually Explicit Materials to Notional Child and Attempts to Have the Notional Child Produce CSAM

54.     Also on February 12, 2025, LAKIN JR messaged the notional child "I was just thinking about you and wanted to see if you was down to have a little bit of fun with me…Over the chat". The notional child asked, "Like what kind of fun". LAKIN JR requested that the notional child sneak into the bathroom so they could be alone. LAKIN JR told the notional child "I just feel bad we never got to have sex together". The notional child replied "Don't feel bad. I'm not going anywhere…I'll be back in Orlando soon…For soccer". LAKIN JR asked, "So then you don't want to have some fun over the phone with me". The notional child told LAKIN JR "Nope. I don't like that. I like seeing in person". LAKIN JR replied, "Me to but I'm horny and my cock is so

hard right now thinking about how wet your pussy is". LAKIN JR also asked the notional child, "Can I send you a lil video of me rubbing my cock while I think about rubbing you pussy". LAKIN JR sent the notional 13-year-old child an approximate 1 minute and 6 second video of himself masturbating and asked, "If you want to send me one of you I would like that we can play together". The notional child declined, and LAKIN JR asked the notional child to get away from her mom (the OCE) and go in the bathroom. LAKIN JR continued to attempt to convince the notional child and stated, "I just would like to play with myself and seeing you then looking at porn other girls". The notional child replied "U can look at whatever u like. I don't care. If that helps I'm happy". LAKIN JR replied, "Not really because I like you and want to see you that's all my love". The notional child replied "Maybe one day I'll like that but for now i don't. I like to see the other person in real life". LAKIN JR sent the notional child an approximate 1 minute and 7 second video of himself masturbating at 0530 hours and then deleted the Telegram chat.

55.    The notional child asked LAKIN JR why he deleted the chat and videos. LAKIN JR replied that he was sorry and resent 2 videos of himself masturbating to the notional child. LAKIN JR then sent 2 additional videos and 1 picture to the notional child. The first video is approximately 1 minute and 39 seconds and depicts himself masturbating; the second video is approximately 8

seconds depicts himself touching his erect penis; and the image is of an erect penis. LAKIN JR asked the notional child "Do you want me to cum right now for. You my love…I want to cum for you". LAKIN JR also asked the notional child "Are you. Turned on babe are you getting wet yet" and asked, "Do you want to see how much cum I can get out for you my love". LAKIN JR asked the notional child "I thought you didn't like this stuff" and the notional child replied "I don't want to do it. But u keep asking so I'm here". LAKIN JR replied, "I don't want to do anything that you do feel comfortable doing and you aren't doing anything but watching me". LAKIN JR sent an approximate 30 second video of himself masturbating and asked the notional child "I might need a little help". LAKIN JR sent five additional videos of himself masturbating in a mirror utilizing a white object which appeared to be a stimulation sex toy. At 0630 hours, LAKIN JR deleted the Telegram chat with the notional child.

56.     From 1716 hours to 2139 hours, LAKIN JR attempted to contact the notional child multiple times. There was no response from the notional child.

57.     On February 14, 2025, LAKIN JR told the notional child he was waiting for her to message him and attempted to call the notional child three times and video call the child two times. LAKIN JR deleted the Telegram chat

between 1955 hours and 2027 hours. At 2027 hours, LAKIN JR messaged the notional child "Hey next time you get on can you chat with me".

58.     On February 15, 2025, at 04:37, LAKIN JR reached out to the OCE "Hey" on the original Kik account they began talking on. There was no reply from the OCE.

59.     On February 15, 2025, LAKIN JR attempted to call the notional child four times at 0441am, 0526, 0528, and 0529 hours and attempted to video call the notional child at 0442, 0526, and 0527 hours. The notional child answered the last video call and hung up. LAKIN JR replied "Yay…" The notional child replied, "It's like 5am…Please stop calling…I'm sleeping w my mom". LAKIN JR replied "So I miss you… I have been trying to get a hold of you babe". The notional child replied "I'm about to turn my phone off. My mom is pissed it keeps ringing". LAKIN JR asked the notional child not to turn her phone off. The notional child explained to LAKIN JR that her mom is angry because he keeps calling and reminded LAKIN JR "Remember I'm 13 and I can't do whatever I want". LAKIN JR apologized for bothering the OCE and the notional child. The notional child explained to LAKIN JR that she had a big soccer game today and needed to sleep. LAKIN JR asked the notional child if she would be his Valentine and apologized again to the notional child.

60.    After apologizing, LAKIN JR told the notional child "I'm not going do it anymore I promise ok but I'm not gonna lie you made for that second kinda got me excited". The notional child replied "Ur excited when I get mad?...Me being mad turns u on? That's kinda weird". LAKIN JR replied, "No it is not…I was bad and need to be punished". The notional child replied "Wtf u talking about. A 13-year-old can't punish an adult duh". LAKIN JR replied, "Age is just a number". LAKIN JR told the notional child that he lost the OCE's Telegram account username. The notional child told LAKIN JR that it is probably because he always deletes the chats. LAKIN JR replied, "I only delete to keep us safe". The notional child replied, "How does that keep us safe…" LAKIN JR replied, "Or is it because you don't have the videos of my playing with you cock". The notional child replied, "Of course I don't have those…" and referenced LAKIN JR deleting the Telegram chats previously.

61.    LAKIN JR inquired about the notional child liking his masturbation videos and the notional child reminded LAKIN JR that she did not like it and "I liked it for u bc u wanted me too. I told u I didn't like it". LAKIN JR sent the notional child two videos of himself masturbating with the same white stimulation sex toy and asked, "Do you want me to cum". The notional child replied "Ok" and LAKIN JR asked, "Can you help cum". The notional child asked "How". LAKIN JR attempted to convince the notional 13-

28

year-old child to produce Child Sexual Abuse Material (CSAM), stating "Send me a picture of your pussy or a video of you playing with your pussy go to the bathroom". The notional child declined to send any CSAM and LAKIN JR sent another video of himself masturbating. LAKIN JR asked the notional child "I listen too you I'm just trying to get you to try new things with me". The notional child replied, "Well maybe one day but I haven't met u or really kno u yet…I'm shy. This is new and weird to me sorry".

62.     LAKIN JR sent the notional child two additional videos of himself masturbating (one where he ejaculated) and he messaged "I just cum so hard…Just for you… Can't wait to see you".

63.     On February 17, 2025, it was discovered that the notional child's Instagram account received a notification from LAKIN JR's Instagram account that he had begun following her one week prior.

64.     On February 19, 2025, the OCE replied to the Kik message from LAKIN JR and provided her Telegram username again. LAKIN JR continued reaching out to both the OCE and the notional child separately on Telegram.

65.     On the same date, LAKIN JR asked the OCE for permission to video chat with the notional child. The OCE replied, "I dont like that. The last person tried to get her to take off her clothes and I dont want her to do that". LAKIN JR replied, "I think it will help her and I to get to know each other

better" and "Like i said if me and her was to do anything I will want to make her my wife by the end". The OCE replied, "I want to make sure she likes u too and this is what she wants… Remember im just guiding her in the right direction and making sure she doesn't meet serial killers along the way…". LAKIN JR replied, "I'm not ready to risk everything like I am if I can't have her man…I have 3 kids remember…I'm not trying to do anything wrong or bad". The OCE replied, "…And I'm risking everything for this too. This can come back to me too. That's why I'm trying to be careful. That's all".

66.    LAKIN JR reached out to the notional child and explained that he requested that he and the notional child get permission from the OCE to video chat. The notional child explained that she needed her mom's (The OCE's) permission first but that she would be back in Orlando the following week for soccer. LAKIN JR replied that the OCE already told him they were coming back to Orlando and "Yes not a big deal I just hope that are timing is better this time". LAKIN JR also asked the notional child "Are you wanting me to stay a night with you guys when you come or maybe you guys can stay with me and save money on getting a hotel room". The notional child explained that her mom did not want to stay at LAKIN JR's house. LAKIN JR replied, "That's fine we'll maybe I can talk my mom into getting me a room in the same hotel as you guys and stay for a few days". LAKIN JR also asked the notional

30

child, "Have you taken your shower yet for the night because I need to take mine and I wouldn't mind having some help with making sure I don't miss any spots… Do you think you can keep an eye out to make sure I don't miss any dirty spots".

67.    LAKIN JR asked for the notional child's full name "First middle last" and provided his name as "Roger Leroy Lakin". A search of the Driver and Vehicle Information Database (DAVID) revealed that this is LAKIN JR's full name.

68.    LAKIN JR attempted to message the OCE requesting permission for the notional child to video chat with him in the shower. LAKIN JR sent an approximate 31 second video to the notional child depicting himself without a shirt on, covering his face with his cell phone with the flash on, and stating "Tease you a little". After not getting permission from the OCE for the notional child to video chat, the notional child replied "She's my mom and knows what's best. I trust her. Maybe one day she will be ok and say yes".

69.    On February 20, 2025, LAKIN JR asked the notional child if she talked to her mom (the OCE) about him and about video chatting. The notional child replied "That's pretty much it. Just making sure I was ok and if I wanted to continue talking with u…I think she just wanted to kno. Like checking in ya kno". LAKIN JR replied, "Ok so you want to start back up from where we got

cut off from yesterday…*finger over mouth emoji*". LAKIN JR asked the notional child if she already took a shower and told her that he had not taken one yet. LAKIN JR asked what the OCE was doing. After the notional child explained that the OCE was sitting next to the notional child on the couch while the notional child is doing her homework, LAKIN JR told the notional child "I know but you should get your work done first and then i might do some sexy for you *kiss emoji, shush emoji, and hand over mouth emoji". LAKIN JR told the notional child "I just think we would have fun that's all". The notional child replied, "I like to have funnnn all the time". LAKIN JR replied, "Well if YOU WANT then pretend to go to the bathroom like you got *poop emoji* lol and let me know win your in there". The notional child declined reiterating that she was going her homework on the couch with her mom (the OCE).

70. On February 21, 2025, LAKIN JR asked the notional child "Ok let's me know when you are in the bathroom and alone i want to ask you something please". LAKIN JR attempted to call the decoy two times. The notional child told LAKIN JR that she was watching a movie with the OCE and LAKIN JR asked the notional child to turn the phone volume all the way down and video chat with him so the OCE could not see or hear. The notional child declined and LAKIN JR replied, "But it is up to you if you want me to see you or not…Just sucks to talk to someone for and long as we are talk to not

get to really eve see you…No even pictures". The notional child replied "My mom said for me to be careful bc of my age. She says when I'm much older than 13 I can video chat and send pictures and do what I want". LAKIN JR asked the notional child to go to the bathroom and told the notional child "I was going to send you some videos of you want me to". LAKIN JR sent 2 videos and 1 picture to the notional child. The videos showed himself masturbating with a black "cock ring" and the image depicted an adult male erect penis. The notional child asked LAKIN JR "omg what is that black thing around it". LAKIN JR replied, "It is a cock ring… Cuts off the blood flow to keep me swollen" and further explained it to the notional child as "It is just like a rubber band…Or a hear tie".

71.    The notional child asked LAKIN JR "Will u ever give me ur number so we can text there". LAKIN JR replied "Yes…Ok…352-396-9345". This is the same phone number from the Kik account belonging to LAKIN JR. A search of investigative resources revealed that the phone number belongs to LAKIN JR. LAKIN JR asked the notional child to send him a text message and the notional child sent a text message to LAKIN JR "Its Jena" at 2142 hours.

72.    The conversation between the notional child and LAKIN JR continued on text message on February 21, 2025, and February 22, 2025. LAKIN JR asked for a picture of the notional child to make sure it was really

her. The notional child sent an image of the law enforcement decoy in a pool when she was approximately 13 years old. LAKIN JR replied, "You never let me see your hole body…Your fucking gorgeous you look way older than 13 sorry". The notional child replied "Aw thank u. Trust me i wish i was older but im not…" LAKIN JR asked for a picture of the notional child in a bathing suit. The notional child sent an image of the law enforcement decoy in a bathing suit and "This is the last one. Dont get me in trouble w my mom". LAKIN JR told the notional child "Your a goddess" and asked for her last name so he could save the picture to his cell phone. After the notional child provided her last name, LAKIN JR asked "Ok so Jena Perisi I ask you know and will do it again when your of age but JENA PERISI will you do me the pleasure of being my wife and my life partner until death do us apart". The notional child told LAKIN JR that she had to ask her mom and "Im really too young aren't i". LAKIN JR replied, "Not when your 18". The notional child replied, "Oh like 5 years from now?" LAKIN JR replied, "That is just time for us to be Together".

73.    On February 23, 2025, LAKIN JR sent several audio messages to the notional child. "good morning…How are you today…Did you sleep well", "you can't open this right now" and "hey beautiful…just wanted to say that". LAKIN JR also sent two videos to the notional child. The first video is approximately 12 seconds containing LAKIN JR saying, "Jena will you marry

34

me…Im not a serial killer" and LAKIN JR winking. The second video is approximately 4 seconds and is of LAKIN JR waving and sticking his tongue out.

74.    LAKIN JR continued communicating with the notional child via text message. LAKIN JR asked the notional child "As soon as you done eating go to the bathroom please". The notional child told LAKIN JR that she does not hide things from her mom (the OCE) and that they are close. LAKIN JR began calling the notional child "my future wife" and "my wifey". LAKIN JR told the OCE "Just know I want to see my future wife and see all of her". The notional child declined and explained that the OCE usually does a lot of the communicating with men for her so she feels "dumb" for not knowing what LAKIN JR is referring to.

75.    LAKIN JR told the OCE "Ok well you have to understand one thing about this whole situation for me if anything happens to where anyone else finds out about you and I you are not going to be in any trouble at all and neither will your mom but me on the other hand I will go to prison for a very long time also if that was to happen I would just kill myself before I would go to prison for this because the people I'm prison will torture me for all of this and I would much rather not take that route… The only reason why I'm saying that is because I'm already committed to this with me and you like even talking to

you the way we have is prison time". The notional child told LAKIN JR that she was crying and told LAKIN JR "im gonna go". LAKIN JR replied "I'm just trying to tell you how much I can get in trouble for this and if we are going to do this it is all or nothing for me so what I'm trying to tell you is I love you Jena I will never let anything bad happen to you and I will always be here for you for anything I was 100% serious when I asked you to marry me and you said yes so". The notional child replied, "i just dont think its good for us to talk if ur gonna kill urself i cant take that".

76.     LAKIN JR replied "If your going to be my wife in the future years to come… I'm not going to kill myself silly because know one is going to know right". The notional child replied, "Like a secret 🤫…Only person I talk to is my mom". LAKIN JR replied, "We are ok as long as we all agree to all of this between us…And some things are just between you and I". The notional child replied "I need u to do me a favor  promise if u ever wanna kill urself that u stop talkin to me and my mom bc this scares me just being honest kk". LAKIN JR told the notional child that he was "spilling out that love I have for you…But you don't see that…And then no response to that…". The notional child replied "Dont judge me for that. Im sorry i said that i loved u too. I heard what u said. Im sorry im young and really dont know this stuff". LAKIN JR replied, "I was just trying to explain to you that with what we have already started between

that I'm completely committed to you and love you". LAKIN JR asked the notional child again to turn her volume down on her phone and video chat with him while he is in the shower. The notional child replied "Im sayin ur asking me to be sneaky from my mom and i dont have to be. Shes not like other 13 year olds mom. Trust me my friends from school wouldnt be able to do some things my mom lets me do". LAKIN JR replied, "You know that I'm truly only about you now like I'm not gonna see anybody now that I asked you to be with me and it's honestly not something I would ever consider doing being in a long distance relationship with anybody but I'm 100% doing it for you ok".

### Additional Attempts to Set Up In-Person Meeting

77.    On February 24, 2025, LAKIN communicated with the notional child via text message and began attempting to plan an in-person meeting. LAKIN JR asked the notional child "So what days are you going to be in Orlando sweetheart… It would be nice to know in advance what days because I can try and get a babysitter for them day or see if my cousin can come them for a few days". The notional child replied "Ok my mom says we are coming wed and leaving thurs evening. The game is thurs" (referring to February 26, 2025, and February 27, 2025). LAKIN JR asked for the address of the hotel the OCE and notional child would be staying at. The notional child provided the address of a specific hotel in Ocoee, FL at XXXX W. Colonial Drive. LAKIN

JR replied with a screen shot of a Google/Apple map showing the address of the hotel and another address XXX Mercantile Court in Ocoee, Florida. LAKIN JR replied, "Good news…So the small red dot is where your going r to be…The big red dot is where I have a storage unit at so that might work out…Yes so your stay Wednesday night there…" He also stated that he could ". . . stay the whole night with you if you wanna do that".

78.    On February 25, 2025, the notional child asked LAKIN JR "Hiii. My mom asked me to ask u what time we should plan on coming to ocoee". LAKIN JR replied that any time after 3:30-4:00 would work. LAKIN JR also asked how the OCE and notional child were getting to Orlando and what time they were leaving Ocoee. LAKIN JR requested to stay at the hotel with the notional child from 2130 hours on February 26, 2025, to 0600 hours on February 27, 2025. LAKIN JR asked the notional child to have the OCE pay for a separate room for him and the notional child and he would pay the OCE back when he got his "taxes in my account".  At 2324 hours, LAKIN JR asked if the notional child was still awake. The notional child did not reply.

79.    On February 26, 2025, the notional child apologized to LAKIN JR for falling asleep and asked LAKIN JR to reach out to the OCE "so she can make sure for real that she wont waste her money if she gets another room". LAKIN JR replied that he would contact the OCE and "Let her know". LAKIN

JR later called the OCE and the OCE returned the phone call at approximately 1652 hours. This call lasted approximately 24 minutes. During the phone call, the OCE asked LAKIN JR if he would be bringing condoms. The OCE explained that there is no excuse for a 13-year-old to be pregnant. He advised that he would bring condoms and he would also "pull out" because he does not want any more kids "right now". LAKIN JR reiterated again that he wanted to marry the notional child. LAKIN JR requested to meet the OCE and notional child in a public shopping plaza next to the hotel because he has a storage unit nearby. LAKIN JR told the OCE that he planned to arrive between 10 p.m. and 4 a.m.

80.    LAKIN JR also told the notional child "I'm going to be bringing a lot of stuff for you ok" and that he was getting ready and leaving the house to head to the hotel at 2042 hours. At 2058 hours, The OCE asked LAKIN JR "Ok so where am i meeting u". LAKIN JR asked the OCE if they could meet at a McDonalds near the OCE and notional child's hotel. The OCE replied that she did not have a car and did not want to walk. LAKIN JR told the OCE that he would meet them at the hotel and said he would let the OCE know when he was five minutes away from the hotel.

81.    At approximately 2103 hours, LAKIN JR told the notional child that he was getting in the shower and would be leaving to meet her soon. At

2133 hours, the OCE told LAKIN JR "Thank you for not judging me or Jena for this...Just be nice to her. Please. Dont hurt her". LAKIN JR replied, "I'm going to be you have my word". The OCE replied "Just making sure u remember my rules *winking emoji*". At approximately 2206 hours, LAKIN JR later explained to the OCE that he put all the gifts in the car for the OCE and notional child and that he was "leaving in 3 mins". Shortly after, LAKIN JR was observed getting into a 2015 Gray Nissan Pathfinder, bearing Florida tag IL27WR from his residence by undercover FBI agents. At approximately 2233 hours, LAKIN JR replied "I'm almost there".

## Meeting at Hotel in Ocoee

82.    At 2244 hours, LAKIN JR messaged the notional child that he was there in the parking lot of the hotel. LAKIN JR was observed pulling into the parking lot of the hotel. LAKIN JR messaged the OCE that he was in a pathfinder "...out back by the pool". The OCE asked LAKIN JR to come inside the hotel instead of her walking outside in the dark. At approximately 2302 hours, LAKIN JR attempted to call the OCE but there was no answer. The OCE returned LAKIN JR's call and a 5 minute and 39 second call occurred. LAKIN JR and the OCE discussed being nervous and the OCE asked LAKIN JR to come meet her in the lobby of the hotel. LAKIN JR agreed and was seen exiting a 2015 Gray Nissan Pathfinder, bearing Florida tag IL27WR. A search

of investigative resources revealed that the vehicle was registered to a relative of LAKIN JR, who also resides at the same address as LAKIN JR in Clermont, Florida. FBI agents made contact with LAKIN JR. He was handcuffed and placed into a vehicle to be interviewed.

83.    During the interview, LAKIN JR provided the password to his cell phone (the DEVICE). Law enforcement made a call to the DEVICE using the phone number with which the OCE had been communicating, which rang on the DEVICE. While the DEVICE rang, an FBI agent observed that the exterior of the phone displayed the OCE's phone number as the number that was calling.

## INTERVIEW OF ROGER LAKIN JR

84.    LAKIN JR was advised that he was under arrest. LAKIN JR was then advised of his Miranda Rights by Special Agent Rodney Hyre. LAKIN JR subsequently gave a recorded interview to the law enforcement officers. During the interview, LAKIN JR admitted to traveling to the location to meet a mother approximately 40 or 42 years old who offered up her 13-year-old daughter for sex. LAKIN JR advised that the mother wanted him to have sex with her 13-year-old daughter. LAKIN JR stated that he said in the chats that he was going to have sex with the 13-year-old daughter "just to meet them", but that he was not really going to. LAKIN JR admitted to talking to the mother about having

41

sex with the 13-year-old child and admitted to saying that he was going to have sex with the 13-year-old child.

85.     LAKIN JR stated that if he moved in with the mother and 13-year-old daughter, he would not have sex with her until she was 18. LAKIN JR stated that he made a mistake and is not a bad person. When confronted about sending multiple images and videos of himself masturbating to the 13-year-old notional child, he was asked if he was at the hotel to have sex with the 13-year-old tonight. He stated that "It was leading into that" but that he was not going to have sex with her. When asked why he was deleting the Telegram chats, LAKIN JR stated that he was trying to avoid the police and any "confusion" if it was just role play.

86.     LAKIN JR admitted that he did not want to walk into the hotel because he thought it might be a police sting. He was confronted about why he would care if it was a police sting if he was meeting an adult who was roleplaying. He stated, "because of the whole texting…Because of everything that was said". LAKIN JR admitted to using his cell phone, a Blue Apple iPhone with a black case (the DEVICE), to communicate with the notional 13-year-old girl and the mother of the 13-year-old notional child he met on Boo.

## IDENTIFICATION OF THE DEVICE TO BE EXAMINED

87.    The property to be searched is a Blue Apple iPhone with a black case, hereinafter "the DEVICE." The DEVICE is currently located at the FBI Orlando Resident Agency located at 480 South Keller Road, Orlando, Florida 32810.

88.    The applied-for warrant would authorize the forensic examination of the DEVICE for the purpose of identifying electronically stored data particularly described in Attachment B.

## TECHNICAL TERMS

89.    Based on my training and experience, I use the following technical terms to convey the following meanings:

a.    Wireless telephone: A wireless telephone (or mobile telephone, or cellular telephone) is a handheld wireless device used for voice and data communication through radio signals. These telephones send signals through networks of transmitter/receivers, enabling communication with other wireless telephones or traditional "land line" telephones. A wireless telephone usually contains a "call log," which records the telephone number, date, and time of calls made to and

from the phone. In addition to enabling voice communications, wireless telephones offer a broad range of capabilities. These capabilities include: storing names and phone numbers in electronic "address books;" sending, receiving, and storing text messages and e-mail; taking, sending, receiving, and storing still photographs and moving video; storing and playing back audio files; storing dates, appointments, and other information on personal calendars; and accessing and downloading information from the Internet. Wireless telephones may also include global positioning system ("GPS") technology for determining the location of the device.

b. Digital camera: A digital camera is a camera that records pictures as digital picture files, rather than by using photographic film. Digital cameras use a variety of fixed and removable storage media to store their recorded images. Images can usually be retrieved by connecting the camera to a computer or by connecting the removable storage medium to a separate reader.

Removable storage media include various types of flash memory cards or miniature hard drives. Most digital cameras also include a screen for viewing the stored images. This storage media can contain any digital data, including data unrelated to photographs or videos.

c.  IP Address: An Internet Protocol address (or simply "IP address") is a unique numeric address used by computers on the Internet. An IP address is a series of four numbers, each in the range 0-255, separated by periods (e.g., 121.56.97.178). Every computer attached to the Internet computer must be assigned an IP address so that Internet traffic sent from and directed to that computer may be directed properly from its source to its destination. Most Internet service providers control a range of IP addresses. Some computers have static—that is, long-term—IP addresses, while other computers have dynamic—that is, frequently changed—IP addresses.

d.  Internet: The Internet is a global network of computers

45

and other electronic devices that communicate with
each other. Due to the structure of the Internet,
connections between devices on the Internet often cross
state and international borders, even when the devices
communicating with each other are in the same state.

90.     Based on my training, experience, and research, I know that the
DEVICE has capabilities that allow it to serve as communication device to
entice and collect images of Child Sexual Abuse Materials (CSAM). In my
training and experience, examining data stored on devices of this type can
uncover, among other things, evidence that reveals or suggests who possessed
or used the DEVICE.

### ELECTRONIC STORAGE AND FORENSIC ANALYSIS

91.     Based on my knowledge, training, and experience, I know that
electronic devices can store information for long periods of time. Similarly,
things that have been viewed via the Internet are typically stored for some period
of time on the device. This information can sometimes be recovered with
forensics tools.

92.     As further described in Attachment B, this application seeks
permission to locate not only electronically stored information that might serve
as direct evidence of the crimes described on the warrant, but also forensic

evidence that establishes how the DEVICE was used, the purpose of its use, who used it, and when. There is probable cause to believe that this forensic electronic evidence might be on the DEVICE because:

    a.  Data on the storage medium can provide evidence of a file that was once on the storage medium but has since been deleted or edited, or of a deleted portion of a file (such as a paragraph that has been deleted from a word processing file).

    b.  Forensic evidence on a device can also indicate who has used or controlled the device. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence.

    c.  A person with appropriate familiarity with how an electronic device works may, after examining this forensic evidence in its proper context, be able to draw conclusions about how electronic devices were used, the purpose of their use, who used them, and when.

    d.  The process of identifying the exact electronically stored information on a storage medium that is

necessary to draw an accurate conclusion is a dynamic process. Electronic evidence is not always data that can be merely reviewed by a review team and passed along to investigators. Whether data stored on a computer is evidence may depend on other information stored on the computer and the application of knowledge about how a computer behaves. Therefore, contextual information necessary to understand other evidence also falls within the scope of the warrant.

e. Further, in finding evidence of how a device was used, the purpose of its use, who used it, and when, sometimes it is necessary to establish that a particular thing is not present on a storage medium.

93.    Based on the foregoing, and consistent with Rule 41(e)(2)(B), the warrant I am applying for would permit the examination of the DEVICE consistent with the warrant. The examination may require authorities to employ techniques, including but not limited to computer-assisted scans of the entire medium, that might expose many parts of the DEVICE to human inspection in order to determine whether it is evidence described by the warrant.

94.    Because this warrant seeks only permission to examine a device already in law enforcement's possession, the execution of this warrant does not involve the physical intrusion onto a premises. Consequently, I submit there is reasonable cause for the Court to authorize execution of the warrant at any time in the day or night.

## **CONCLUSION**

95.    I believe there is probable cause that LAKIN JR, using facilities or means of interstate commerce, that is, the Internet and a cell phone, did knowingly attempt to persuade, induce, and entice an individual whom LAKIN JR believed had not attained the age of 18 years, to engage in sexual activity for which he could have been charged with lewd or lascivious battery (engage in sexual activity with a person 12 years of age or older but less than 16 years of age), in violation of Fla. Stat. § 800.04(4)(a)(1) & (2), all in violation of 18 U.S.C. § 2422(b). I also submit that this affidavit supports probable cause for a search warrant authorizing the examination of the

DEVICE described in Attachment A to seek the items described in Attachment

B.

_____
Jennifer Wing, Task Force Officer
Federal Bureau of Investigation

Affidavit submitted by email
and attested to me as true
and accurate by telephone or
video conference consistent
with Fed.R.Crim. P. 41(d)
(3) this  _27___  day of
February 2025.

_____
DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE